UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------

RONALD ANDERSON, et al.,

                              Plaintiffs,

       -against-                                        87-CV-141
                                                        (NPM)
GLENN S. GOORD, et al.,

                              Defendants.

----------------------------------------------------

APR 1 4 2005

RECEIVED
ORDER OF DISMISSAL

Syracuse, N.Y.

        Upon the Stipulation Re: Attorney's Fees and Notice and Rule 41 Voluntary Stipulation of Dismissal executed by counsel for the Plaintiffs and Defendants, and Notice to the Plaintiff class having been provided, and counsel for the Plaintiffs having submitted a written report to the Court regarding comments on the proposed stipulations pursuant to order of this Court dated January 17, 2005, the Court finds that none of the comments raise any substantive objection to the proposed stipulation. Plaintiffs' counsel presents no reason to amend the stipulations and counsel for both Plaintiffs and Defendants request that the Court enter an order dismissing all remaining claims in this action.

        Upon consideration of the foregoing record, the Court finds that the voluntary dismissal of this action is made upon terms that are fair, reasonable, and adequate.

Accordingly, it is hereby

        ORDERED, that all remaining claims in this action are dismissed with prejudice.

Dated: april 14 , 2005

                                    Neal G. M'Cun

                                    HONORABLE NEAL P. MCCURN
                                    United States District Judge
                                    Northern District of New York